| | | | | |
|---|---|---|---|---|
| Case Number: | 19-15011-LSS | Debtor: | | MELISSA D. HAWKES |
| Petition Filing Date: | 4/12/2019 | | | |
| Plan Filing Date: | 4/12/2019 | Counsel: | | RONALD B GREENE ESQUIRE |
| First Payment: | 5/12/2019 | Phone #: | | 3015771300 |
| Confirmation Date and Time: | 6/25/2019 10:00 AM | E-Mail: | | RGREENEESQ@AOL.COM |

| | | | |
|---|---|---|---|
| First Meeting Date and Time: | May 30 2019 11:00AM | First Meeting Complete? | Concluded |
| ☑ Photo ID & SSN Verified | | Continued 341 Date: | 1/1/1900 |
| Prior Bkys | ☑ No ☐ Yes | Continued Confirmation Date: | 1/1/1900 |
| Present Creditors: | | ☐ CH7 | ☐ CH13 Year Filed |

| | |
|---|---|
| Performance: | Mtge, car, pp pd |
| Income/DI: | |
| Tax/Refund History: | No outstanding tax liab. NEED 2018 fed & state TRs |
| Expense Verification: | $380 car - need p/o |
| Chapter 7 Liquidation: | RE: Frank Tippett Road-$37,126 equity per appraisal/Sch C/D |
| Amended Plan: | |
| Amended Schedules: | |
| Motion/Objections: | M/Waive WO may be filed |
| Other: | |

Meeting Conducted By: Becky Herr, Esquire

Reviewed By: Becky Herr, Esquire

Reviewed Date: 6/4/19

| | | | | |
|---|---|---|---|---|
| Date and Time: | 1/1/1900 | 1St Conf Hearing: 6/25/2019 10:00 AM | E-mailed | ☐ Yes ☐ No |
| Petition Filing Date: | 4/12/2019 | Bar Date: 08/08/2019 | No. of Hearings | |
| Case Number: | 19-15011-LSS | | | |
| Debtor(s) Name: | | MELISSA D. HAWKES | Counsel: Phone nunber | RONALD B GREENE ESQUIRE 3015771300 |
| Cont. 341 Date: | 1/1/1900 | | 1st 341 Date | May 30 2019 11:00AM |

**DA: James Carmon**

| | | | | | | |
|---|---|---|---|---|---|---|
| Plan # | | Term of Plan: | 60 | Convert from 7 ☐ YES ☐ NO | Conversion Date: | |
| Scheduled Monthly Payment: | | Payments Due | | Total Plan Payment Due: | $ | |
| Gross Funding | $52500.00 | Balance on Hand less Trustee fee: | $603.20 | Def Amt =$ - 647.77 | | |
| Default as of | | DI=$ | CMI | # of Pay ( ____ ) | | |

| | |
|---|---|
| ☐ Confirmed Plan # _____ as is | ☐ Confirmed Plan # _____ with consent addendum |
| Confirmed on condition that: _____ | received in 10 days |
| ☐ Denied with leave to amend: | Plan due: _____ Hearing date: |
| ☐ Denied without leave to amend | Continued to Hearing Date: |
| ☐ Dismissed ☐ Converted | TEE FILED OBJECTION |

Plan Payment Information: FOR INTERNAL USE ONLY
☐ Wage Order ☐ Debtor 1 ☐ Debtor 2 ☐ 50/50
☐ Full Payroll Address _____